UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL WHITFIELD,

    Plaintiff,

v.                                            Case No.:  2:22-cv-719-SPC-NPM

GATEWAY SERVICES
COMMUNITY DEVELOPMENT
DISTRICT,

    Defendant.

                                                 /

## **ORDER**[1]

Before the Court is a review of the docket. A judge must disqualify if her "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). She must also disqualify in certain situations listed in § 455(b). And all doubts are "resolved in favor of recusal." *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001). Because the undersigned has personal link to a named party, disqualification may be required. *See* 28 U.S.C. § 455(b). So to avoid any possible appearance of partiality or impropriety, the Court must recuse from

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

this action. See *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988).

Accordingly, it is now

**ORDERED:**

1. The Honorable Sheri Polster Chappell is **RECUSED** from this action.

2. The Clerk is **DIRECTED** to reassign this case to another United States District Judge in the Fort Myers Division.

**DONE** and **ORDERED** in Fort Myers, Florida on December 14, 2022.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record